UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23145-CIV-CMA

JESUS ARMANDO AYALA and all others )
similarly situated under 29 U.S.C. 216(b), )
                                          )
            Plaintiff,                    )
    vs.                                   )
                                          )
SOUTHERN LANDWORX, INC.,                  )
FRANK J GONZALEZ,                         )
                                          )
            Defendants.                   )
_____)

## PLAINTIFF'S STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**Overtime Claim (relevant statutory period 9/10/13-7/18/16):**
Amount of half time per hour not compensated: $6.84
Weeks: 148
Overtime hours per week: 17
Total wages unpaid and liquidated damages: $17,209.44 X 2 = $34,418.88

*Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves the right to seek time and one half damages for any completely unpaid overtime hours based on the evidence adduced in discovery.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
  BY:____/s/ K. David Kelly_____
       **K. DAVID KELLY, ESQ.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 7/26/16 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:\_\_\_\_/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**